```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                               :

MAHMOUD ABOELENEN,           :      09 Civ. 02304 (RJH)

                Plaintiff,          :

    -against-                   :      **ORDER**

BERNARD HODES GROUP, Inc.,   :

                Defendant.    :
------------------------------------------------------------x

        A pretrial conference is scheduled for September 15, 2009 at 10:00a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 16, 2009
SO ORDERED:

_____
Richard J. Holwell
United States District Judge